**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0522, <u>In the Matter of Naresh Matta and Sangeeta Matta</u>, the court on July 20, 2015, issued the following order:**

Having considered the brief, memorandum of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The respondent, Sangeeta Matta, appeals a final decree issued by the Circuit Court (<u>Lemire</u>, J.) in her divorce from the petitioner, Naresh Matta. <u>See</u> RSA 458:7-a (2004). We construe the respondent's brief to contend that the trial court erred by: (1) granting the divorce; (2) failing to divide two assets that her proposed decree awarded to the petitioner; (3) ordering the marital home sold as contemplated in her proposed decree; (4) awarding her too little alimony; and (5) denying her request to continue her direct testimony after she stated, at the end of her lengthy direct testimony, in response to the trial court's question, "[i]s there anything else that you haven't testified about that you would like me to consider," that "[f]or today, I am done."

As the appealing party, the respondent has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's order, the respondent's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the respondent has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**